**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| FDIC, *et al.*, | |
| Plaintiffs, | 2:10-cv-00439-JCM-VCF |
| vs. | **ORDER** |
| REX H. LEWIS, *et al.*, | |
| Defendants. | [RecoverEdge, L.P.'s Motion to Substitute as the Real Party in Interest (#44)] |

Before the Court is RecoverEdge, L.P.'s Motion to Substitute as the Real Party in Interest (#44). On August 7, 2013, Plaintiffs filed the Motion to Substitute as the Real Party in Interest (#44) as one document with the Motion for Summary Judgment on Its Deficiency Claim and Motion to Dismiss or, Alternatively, Motion for Summary Judgment as to Defendants' Counterclaims. The Clerk's office docketed the document as three separate motions on the Court docket. This Order addresses RecoverEdge, L.P.'s Motion to Substitute as the Real Party in Interest (#44).

Plaintiff asserts that, "[c]ounsel has since learned that movant RecoverEdge is the assignee of the Jonah Loan and is therefore the real party in interest to pursue lender's rights under that loan." *Id.* at 2. Plaintiff seeks to substitute RecoverEdge as the real party in interest with respect to the Jonah Loan.

To date, no opposition has been filed to RecovEredge, L.P.'s Motion to Substitute as the Real Party in Interest (#44).

Pursuant to LR 7-2 (d), "[t]he failure of an opposing party to file points and authorities in response to any motions shall constitute a consent to the granting of the motion."

1  Accordingly,

2  IT IS HEREBY ORDERED that Recoveredge, L.P.'s Motion to Substitute as the Real Party in
3  Interest (#44) is GRANTED.

4  DATED this 12th day of September, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE