Abran E. Vigil
Nevada Bar No. 7548
Timothy R. Mulliner
Nevada Bar No. 10692
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Phone: (702) 471-7000
Facsimile: (702) 471-7070
Email: VigilA@ballardspahr.com
Email: MullinerT@ballardspahr.com

*Attorneys for Plaintiffs/Counter-defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FDIC as Receiver for AMTRUST BANK, f/k/a Ohio Savings Bank, a federal savings bank; IOTA VIOLET, LLC, an Arizona limited liability company; IOTA CORAL, LLC, an Arizona limited liability company; RECOVEREDGE, LP, a Delaware limited partnership; IOTA CINNAMON, LLC, a Nevada limited liability company; IOTA RED, LLC, a Nevada limited liability company; and IOTA ROYAL, LLC, a Nevada limited liability company<br><br>      Plaintiffs/Counter-defendants<br><br>v.<br><br>REX H. LEWIS, an individual, CORRALES PETERS LLC, an Arizona limited liability company; BARTLETT SUNRISE, LLC, an Arizona limited liability company; COTTONGIN, LLC, a Nevada limited liability company; MIDWAY CORNMAN, LLC, an Arizona limited liability company; PEBBLE CIMARRON LLC, a Nevada limited liability company; MESA VERDE, INC., a Nevada limited liability company; JONAH LLC, a Nevada limited liability company; REGENA TEEPEE, LLC, a Nevada limited liability company; HH INV, LLC, a Nevada limited liability company; OMEGA VISTA, LLC, a Nevada limited liability company; ALPHA VISTA, LLC, a Nevada limited liability company; and DOE DEFENDANTS I through X, inclusive,<br><br>      Defendants/Counter-claimants | Case No.: 2:10-cv-00439-JCM -VCF<br><br>**JUDGMENT IN FAVOR OF IOTA VIOLET, LLC, IOTA CORAL, LLC, IOTA CINNAMON, LLC, IOTA RED, LLC AND IOTA ROYAL, LLC** |

DMWEST #10683635 v1/062957.00/00130784

**JUDGMENT IN FAVOR OF IOTA VIOLET, LLC, IOTA CORAL, LLC, IOTA CINNAMON, LLC, IOTA RED, LLC AND IOTA ROYAL, LLC**

WHEREAS on November 28, 2012 [Doc. 41], the Court granted summary judgment in favor of plaintiffs Iota Violet, LLC, Iota Coral, LLC, Iota Cinnamon, LLC, Iota Red, LLC and Iota Royal, LLC (collectively, the "Iota Entities") on their claims against defendants Rex H. Lewis; Corrales Peters, LLC; Bartlett Sunrise, LLC; Cottongin, LLC; Midway Cornman, LLC; Pebble Cimmaron, LLC; Mesa Verde, LLC; Regena Teepee, LLC; HH INV, LLC; Omega Vista, LLC; and Alpha Vista, LLC (collectively, "Defendants") and against all defendants on their counterclaims against the Iota Entities,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That defendants recover nothing from the Iota Entities;

2. That Iota Violet, LLC and Iota Royal, LLC, jointly and severally, recover from HH INV, LLC, Rex Lewis and Omega Vista, LLC, jointly and severally, the amount of $55,176,574.16.[1] Post-judgment interest shall accrue on this amount at the applicable rate under 28 U.S.C. § 1961 until paid in full;

3. That Iota Red, LLC recover from Mesa Verde, Inc., Rex Lewis and Alpha Vista, LLC, jointly and severally, the amount of $2,614,529.63.[2] Post-judgment interest shall accrue on this amount at the applicable rate under 28 U.S.C. § 1961 until paid in full;

4. That Iota Cinnamon, LLC recover from Pebble Cimmaron, LLC, Rex Lewis and Omega Vista, LLC, jointly and severally, the amount of $1,028,865.41.[3] Post-judgment interest shall accrue on this amount at the applicable rate under 28 U.S.C. § 1961 until paid in full;

5. That Iota Coral, LLC recover from Corrales Peters, LLC, Rex Lewis and Omega Vista, LLC, jointly and severally, the amount of $255,657.47[4] Post-judgment interest shall accrue on this amount at the applicable rate under 28 U.S.C. § 1961 until paid in full;

---

[1] This amount includes pre-judgment interest at the rate of 5.25%, totaling $10,933,009.16.

[2] This amount includes pre-judgment interest at the rate of 5.25%, totaling $518,054.63.

[3] This amount includes pre-judgment interest at the rate of 5.25%, totaling $203,865.41.

[4] This amount includes pre-judgment interest at the rate of 5.25%, totaling $50,657.47.

Ballard Spahr LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617

3. That the Iota Entities be awarded their costs;

4. That the Iota Entities submit an appropriate motion, if they choose to do so, for an award of their attorneys' fees; and

5. That, the Court having entered separate judgments adjudicating the claims, rights, and liabilities of all other parties to this action, this judgment shall be considered a final judgment under Fed. R. Civ. P. 54(b) and for all other purposes.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
DATED: April 17, 2014