1  Abran E. Vigil
   Nevada Bar No. 7548
2  Timothy R. Mulliner
   Nevada Bar No. 10692
3  BALLARD SPAHR LLP
   100 North City Parkway, Suite 1750
4  Las Vegas, Nevada 89106-4617
   Phone: (702) 471-7000
5  Facsimile: (702) 471-7070
   Email: VigilA@ballardspahr.com
6  Email: MullinerT@ballardspahr.com

7  *Attorneys for Plaintiffs/Counter-defendants*

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

| | |
|---|---|
| FDIC as Receiver for AMTRUST BANK, f/k/a Ohio Savings Bank, a federal savings bank; IOTA VIOLET, LLC, an Arizona limited liability company; IOTA CORAL, LLC, an Arizona limited liability company; RECOVEREDGE, LP, a Delaware limited partnership; IOTA CINNAMON, LLC, a Nevada limited liability company; IOTA RED, LLC, a Nevada limited liability company; and IOTA ROYAL, LLC, a Nevada limited liability company | Case No.: 2:10-cv-00439-JCM -VCF  **JUDGMENT IN FAVOR OF FDIC** |
| Plaintiffs/Counter-defendants | |
| v. | |
| REX H. LEWIS, an individual, CORRALES PETERS LLC, an Arizona limited liability company; BARTLETT SUNRISE, LLC, an Arizona limited liability company; COTTONGIN, LLC, a Nevada limited liability company; MIDWAY CORNMAN, LLC, an Arizona limited liability company; PEBBLE CIMARRON LLC, a Nevada limited liability company; MESA VERDE, INC., a Nevada limited liability company; JONAH LLC, a Nevada limited liability company; REGENA TEEPEE, LLC, a Nevada limited liability company; HH INV, LLC, a Nevada limited liability company; OMEGA VISTA, LLC, a Nevada limited liability company; ALPHA VISTA, LLC, a Nevada limited liability company; and DOE DEFENDANTS I through X, inclusive, | |
| Defendants/Counter-claimants | |

Ballard Spahr LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617

DMWEST #10684132 v1/066275.00/00152789

**JUDGMENT IN FAVOR OF FDIC**

WHEREAS on November 28, 2012 [Doc. 41] and March 13, 2014 [Doc. 51], the Court entered orders dismissing all defendants/counterclaimants' claims against FDIC-R/FDIC as receiver for AmTrust Bank ("FDIC"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That defendants/counterclaimants recover nothing from FDIC;

2. That FDIC be awarded its costs;

3. That FDIC submit an appropriate motion, if it chooses to do so, for an award of its attorneys' fees; and

5. That, the Court having entered separate judgments adjudicating the claims, rights, and liabilities of all other parties to this action, this judgment shall be considered a final judgment under Fed. R. Civ. P. 54(b) and for all other purposes.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: April 17, 2014