1  Abran E. Vigil
   Nevada Bar No. 7548
2  Timothy R. Mulliner
   Nevada Bar No. 10692
3  BALLARD SPAHR LLP
   100 North City Parkway, Suite 1750
4  Las Vegas, Nevada 89106-4617
   Phone:  (702) 471-7000
5  Facsimile:  (702) 471-7070
   Email: VigilA@ballardspahr.com
6  Email: MullinerT@ballardspahr.com

7  *Attorneys for Plaintiffs/Counter-defendants*

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

| | |
|---|---|
| 10  FDIC as Receiver for AMTRUST BANK, f/k/a Ohio Savings Bank, a federal savings bank; IOTA VIOLET, LLC, an Arizona limited liability company; IOTA CORAL, LLC, an Arizona limited liability company; RECOVEREDGE, LP, a Delaware limited partnership; IOTA CINNAMON, LLC, a Nevada limited liability company; IOTA RED, LLC, a Nevada limited liability company; and IOTA ROYAL, LLC, a Nevada limited liability company | Case No.: 2:10-cv-00439-JCM -VCF  **JUDGMENT IN FAVOR OF RECOVEREDGE, LP** |

16                 Plaintiffs/Counter-defendants

17         v.

18  REX H. LEWIS, an individual, CORRALES PETERS LLC, an Arizona limited liability company; BARTLETT SUNRISE, LLC, an Arizona limited liability company; COTTONGIN, LLC, a Nevada limited liability company; MIDWAY CORNMAN, LLC, an Arizona limited liability company; PEBBLE CIMARRON LLC, a Nevada limited liability company; MESA VERDE, INC., a Nevada limited liability company; JONAH LLC, a Nevada limited liability company; REGENA TEEPEE, LLC, a Nevada limited liability company; HH INV, LLC, a Nevada limited liability company; OMEGA VISTA, LLC, a Nevada limited liability company; ALPHA VISTA, LLC, a Nevada limited liability company; and DOE DEFENDANTS I through X, inclusive,

                   Defendants/Counter-claimants

DMWEST #10680715 v1/066275.00/00152789

**JUDGMENT IN FAVOR OF RECOVEREDGE, LP**

WHEREAS on March 13, 2014 [Doc. 51], the Court granted summary judgment in favor of plaintiff RecoverEdge, LP ("RecoverEdge") on its claim against defendants Rex H. Lewis, Jonah, LLC, and Omega Vista, LLC ("Defendants"), and against all defendants on their counterclaims against RecoverEdge.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That defendants recover nothing from RecoverEdge;

2. That RecoverEdge recover from Defendants Rex H. Lewis, Jonah, LLC, and Omega Vista, LLC the amount of $10,913,087.36.[1] Post-judgment interest shall accrue on this amount at the applicable rate under 28 U.S.C. § 1961 until paid in full;

3. That RecoverEdge be awarded its costs;

4. That RecoverEdge submit an appropriate motion, if it chooses to do so, for an award of its attorneys' fees; and

5. That, the Court having entered separate judgments adjudicating the claims, rights, and liabilities of all other parties to this action, this judgment shall be considered a final judgment under Fed. R. Civ. P. 54(b) and for all other purposes.[2]

**IT IS SO ORDERED:**

_/s/ James C. Mahan_
_____
UNITED STATES DISTRICT JUDGE

DATED: April 17, 2014

---

[1] This amount includes pre-judgment interest at the rate of 5.25%, totaling $2,162,382.97.

[2] Iota Jade, LLC was originally a party to this action, however by order of the Court dated September 12, 2013 [Doc. 50], RecoverEdge was substituted as the real party in interest with respect to the claims originally asserted by this plaintiff. The claims, rights, and liabilities of all other parties are adjudicated in the other judgments entered on even date herewith.