Abran E. Vigil
Nevada Bar No. 7548
Matthew D. Lamb
Nevada Bar No. 12991
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
lambm@ballardspahr.com

*Attorneys for Plaintiffs/Counter-defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FDIC as Receiver for AMTRUST BANK, f/k/a Ohio Savings Bank, a federal savings bank; IOTA VIOLET, LLC, an Arizona limited liability company; IOTA CORAL, LLC, an Arizona limited liability company; RECOVEREDGE, LP, a Delaware limited partnership; IOTA CINNAMON, LLC, a Nevada limited liability company; IOTA RED, LLC, a Nevada limited liability company; and IOTA ROYAL, LLC, a Nevada limited liability company; <br><br>    Plaintiffs/Counter-defendants, <br><br> v. <br><br> REX H. LEWIS, an individual, CORRALES PETERS LLC, an Arizona limited liability company; BARTLETT SUNRISE, LLC, an Arizona limited liability company; COTTONGIN, LLC, a Nevada limited liability company; MIDWAY CORNMAN, LLC, an Arizona limited liability company; PEBBLE CIMARRON LLC, a Nevada limited liability company; MESA VERDE, INC., a Nevada limited liability company; JONAH LLC, a Nevada limited liability company; REGENA TEEPEE, LLC, a Nevada limited liability company; HH INV, LLC, a Nevada limited liability company; OMEGA VISTA, LLC, a Nevada limited liability company; ALPHA VISTA, LLC, a Nevada limited | Case No. 2:10-cv-00439-JCM-VCF <br><br><br> **ORDER PERMITTING JUDGMENT CREDITORS TO SERVE ADDITIONAL INTERROGATORIES AND TO EXAMINE JUDGMENT DEBTOR REX H. LEWIS** |

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

liability company; and DOE DEFENDANTS I through X, inclusive;

Defendants/Counter-claimants.

It appearing to the Court by the Ex Parte Motion for Order Permitting Judgment Creditors to Serve Additional Interrogatories and to Examine Judgment Debtor Rex H. Lewis [Dkt. No. 60] that an Amended Judgment [Dkt. No. 59] was entered against Lewis on April 25, 2014, and good cause otherwise appearing,

IT IS HEREBY ORDERED that judgment creditors Iota Violet, LLC; Iota Coral, LLC; Iota Cinnamon, LLC; Iota Red, LLC; and Iota Royal, LLC may serve up to 50 interrogatories upon judgment debtor Rex H. Lewis.

IT IS HEREBY FURTHER ORDERED that judgment debtor Rex H. Lewis shall appear at the offices of BALLARD SPAHR LLP located at 100 North City Parkway, Suite 1750, Las Vegas, Nevada on August 6, 2014, at 10:00 a.m. and answer questions upon oath regarding his property, holdings, and other assets which may be executed upon to satisfy the Amended Judgment.

Dated: June 25, 2014.

_____
~~UNITED STATES DISTRICT JUDGE/~~
UNITED STATES MAGISTRATE JUDGE

Submitted by:

BALLARD SPAHR LLP

By: /s/ Matthew D. Lamb
    Abran E. Vigil
    Nevada Bar No. 7548
    Matthew D. Lamb
    Nevada Bar No. 12991
    100 North City Parkway, Suite 1750
    Las Vegas, NV  89106

*Attorneys for Plaintiffs/Counter-defendants*

2

DMWEST #10858386 v1