Abran E. Vigil
Nevada Bar No. 7548
Matthew D. Lamb
Nevada Bar No. 12991
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
lambm@ballardspahr.com

*Attorneys for Plaintiffs/Counter-defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FDIC as Receiver for AMTRUST BANK, f/k/a Ohio Savings Bank, a federal savings bank; IOTA VIOLET, LLC, an Arizona limited liability company; IOTA CORAL, LLC, an Arizona limited liability company; RECOVEREDGE, LP, a Delaware limited partnership; IOTA CINNAMON, LLC, a Nevada limited liability company; IOTA RED, LLC, a Nevada limited liability company; and IOTA ROYAL, LLC, a Nevada limited liability company; <br><br> Plaintiffs/Counter-defendants, <br><br> v. <br><br> REX H. LEWIS, an individual, CORRALES PETERS LLC, an Arizona limited liability company; BARTLETT SUNRISE, LLC, an Arizona limited liability company; COTTONGIN, LLC, a Nevada limited liability company; MIDWAY CORNMAN, LLC, an Arizona limited liability company; PEBBLE CIMARRON LLC, a Nevada limited liability company; MESA VERDE, INC., a Nevada limited liability company; JONAH LLC, a Nevada limited liability company; REGENA TEEPEE, LLC, a Nevada limited liability company; HH INV, LLC, a Nevada limited liability company; OMEGA VISTA, LLC, a Nevada limited liability company; ALPHA VISTA, LLC, a Nevada limited | Case No. 2:10-cv-00439-JCM-VCF <br><br><br> ORDER ENJOINING JUDGMENT DEBTOR REX H. LEWIS FROM TRANSFERRING ASSETS |

DMWEST #10875850 v1

liability company; and DOE DEFENDANTS I through X, inclusive;

    Defendants/Counter-claimants.

It appearing to the Court that judgment debtor Rex. H. Lewis and entities controlled by Lewis and his family have transferred significant assets during this case, and that any further transfers could violate the rights of plaintiffs/counter-defendants and tend to render the Amended Judgment [Dkt. No. 59] in their favor ineffectual,

IT IS HEREBY ORDERED that judgment debtor Rex H. Lewis is enjoined from transferring any asset he currently owns which is worth $5,000 or more.

IT IS HEREBY FURTHER ORDERED that Lewis is enjoined from causing any limited liability company, trust, partnership, retirement account, corporation, or any other legal entity under his control from transferring any asset worth $5,000 or more.

IT IS HEREBY FURTHER ORDERED that Lewis must move the Court for leave before engaging in any such transfers.

IT IS HEREBY FURTHER ORDERED that this injunction shall remain in effect until it is dissolved or until the Amended Judgment against Lewis is satisfied.

Dated: July 3, 2014.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

BALLARD SPAHR LLP

By: /s/ Matthew D. Lamb
    Abran E. Vigil
    Nevada Bar No. 7548
    Matthew D. Lamb
    Nevada Bar No. 12991
    100 North City Parkway, Suite 1750
    Las Vegas, NV  89106

*Attorneys for Plaintiffs/Counter-defendants*

2

DMWEST #10875850 v1