**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| FDIC as Receiver for AMTRUST BANK, f/k/a Ohio Savings Bank, a federal savings bank; *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> REX H. LEWIS, *et al.,* <br><br> Defendants. | 2:10-cv-00439-JCM-VCF <br><br> **MINUTE ORDER** |

Before the court is the Joint Motion to Reschedule Hearing on Pending Motions (#115).

IT IS HEREBY ORDERED that the Joint Motion to Reschedule Hearing on Pending Motions (#115) is GRANTED.

IS IT IS FURTHER ORDERED that the hearing scheduled for April 30, 2015 is VACATED and rescheduled to 9:00 a.m., April 28, 2015, in courtroom 3D.

The following motions will be heard on April 28, 2015:

a. Motion by Judgment Debtor Rex H. Lewis for Permission to Withdraw Funds From IRA account to pay legal fees (#89);

b. Motion to Require Rule 26(g) Certification (#90);

c. Motion to Hold Judgment Debtor Rex Lewis in Contempt (#91);

d. Motion to Quash Subpoena Duces Tecum to Accurate Strategy, LLC (#92);

e. Motion to Extend Time to Respond to Motion to Quash Subpoena Duces Tecum to Accurate Strategy, LLC (#96);

…

…

f. Motion to Declare Documents Produced by Michael W. Kern Discoverable (#100).

DATED this 24th day of March, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE