# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FDIC as Receiver for AMTRUST BANK, *et al.*, | |
| Plaintiffs, | 2:10-cv-00439-JCM-VCF |
| vs. | |
| REX H. LEWIS, *et al.*, | **ORDER** |
| Defendants. | |

Before the court is the Motion for Leave to File Reply in Support of Motion to Declare Documents Produced by Michael W. Kern Discoverable Under Seal (#120).

IT IS HEREBY ORDERED that a hearing on the Motion for Leave to File Reply in Support of Motion to Declare Documents Produced by Michael W. Kern Discoverable Under Seal (#120) is scheduled for 9:00 a.m., April 28, 2015, in courtroom 3D.

Dated this 8th day of April, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE