# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.*,

        Plaintiffs,

vs.

REX H. LEWIS, *et al.*,

        Defendant.

Case No. 2:10–cv–439–JCM–VCF

**ORDER**

    On April 13, 2015, Objector Christine Schwab moved for a Protective Order (#127).

    ACCORDINGLY, and for good cause shown,

    IT IS ORDERED that that Schwabe's Counter Motion for a Protective Order is set for a hearing at 9:00 a.m., April 28, 2015, in courtroom 3D.

    IT IS FURTHER ORDERED that oppositions are due by Tuesday, April 21, 2015 and Schwabe's reply is due Monday, April 27, 2015.

    IT IS FURTHER ORDERED that Rex H. Lewis appear personally at 9:00 a.m., April 28, 2015, in courtroom 3D for the hearing on the Judgment Creditors' Motion to Hold Judgment Debtor Rex Lewis in Contempt (#91).

    IT IS SO ORDERED.

    DATED this 14th day of April, 2015.

                                            _____
                                            CAM FERENBACH
                                            UNITED STATES MAGISTRATE JUDGE