# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FDIC as Receiver for AMTRUST BANK, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> REX H. LEWIS, *et al.*, <br><br> Defendants. | 2:10-cv-00439-JCM-VCF <br><br> **<u>ORDER</u>** |

Before the court is Rex H. Lewis' Motion for Relief from April 17, 2014 Judgment and from April 25, 2014 Amended Judgment (#125).

IT IS HEREBY ORDERED that any opposition to Rex H. Lewis' Motion for Relief from April 17, 2014 Judgment and from April 25, 2014 Amended Judgment (#125) is due by April 30, 2015 and any reply in support of the motion is due May 11, 2015.

IT IS FURTHER ORDERED that the hearing scheduled for 9:00 a.m., April 28, 2015 is vacated and rescheduled to 10:00 a.m., May 19, 2015, in courtroom 3D.

The following motions will be heard in May 19, 2015:

a. Motion by Judgment Debtor Rex H. Lewis for Permission to Withdraw Funds From IRA account to pay legal fees (#89);

b. Motion to Require Rule 26(g) Certification (#90);

c. Motion to Hold Judgment Debtor Rex Lewis in Contempt (#91);

d. Motion to Declare Documents Produced by Michael W. Kern Discoverable (#100)

e. Motion to Declare Judgment Debtor Rex Lewis's Residence Subject to Execution (#108);

f. Motion to Compel against Christine Schwab (#110);

g. Rex H. Lewis' Motion for Relief from April 17, 2014 Judgment and from April 25, 2014 Amended Judgment (#125); and,

h. Christine Schwab's Counter Motion for a Protective Order (#127).

IT IS FURTHER ORDERED that Rex H. Lewis appear personally at 10:00 a.m., May 19, 2015, in courtroom 3D for the hearing on the Judgment Creditors' Motion to Hold Judgment Debtor Rex Lewis in Contempt (#91).

Dated this 20th day of April, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE