# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

FDIC as Receiver for AMTRUST BANK f/k/a Ohio Savings Bank, a federal savings bank, *et al.*,

      Plaintiffs,

vs.

REX H. LEWIS, *et al.*,

      Defendants.

2:10-cv-00439-JCM-VCF

**ORDER**

Before the court is the Motion to Waive Appearance or, in the Alternative, to Appear Telephonically at Status Conference on July 9, 2015 at 3:30 p.m. (#158).

IT IS HEREBY ORDERED that the Motion to Waive Appearance or, in the Alternative, to Appear Telephonically at Status Conference on July 9, 2015 at 3:30 p.m. (#158) is GRANTED.

The call in telephone number is (702) 868-4911, access code: 123456, the call must be made five minutes prior to the hearing time and on a land line. The court will join the call and convene the proceedings. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 9th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE