Leland Eugene Backus, Esq.
Nevada State Bar No. 0473
James J. Conway, Esq.
Nevada State Bar No. 11789
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
Tele: (702) 872-5555
Fax: (702) 872-5545
gbackus@backuslaw.com
Attorneys for Rex H. Lewis

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FDIC as Receiver for AMTRUST BANK, f/k/a Ohio Savings Bank, a federal savings bank; et al, <br><br> Plaintiffs, <br><br> vs. <br><br> REX H. LEWIS, an individual, et al <br><br> Defendants. | Case No.   2:10-cv-00439-JCM-VCF <br><br> STIPULATION AND ORDER TO EXTEND TIME TO RESPOND AND REPLY TO RENEWED MOTION (DOC. #181) |

Pursuant to LR 6-2 and 7-1, Plaintiffs Iota Violet, LLC; Iota Coral, LLC, Iota Cinnamon, LLC; Iota Red, LLC, and Iota Royal, LLC ("Judgment Creditors") and Defendant Rex H. Lewis ("Lewis") stipulate as follows:

1. Judgment Creditors filed their *Renewed Motion for an Order Holding Judgment Debtor Rex Lewis in Contempt* Doc. (#181) on August 25, 2015.

2. No hearing is presently scheduled for said motion.

3. Due to previously arranged travel commitments of Defendant's counsel on September 10 and 11, 2015 in Missoula, Montana for a speaking engagement and due to other work commitments this week for other responses to prepare for other motions filed by Judgment Creditors (Doc. #177 and #178), Defendant's counsel is unable to prepare a timely response and requests an additional period of time to respond to said motion.

4. Pursuant to LR 7-2(b) and Fed. R. Civ. P. 6, Defendant's response to the renewed motion is due September 11, 2015.

5. Accordingly, Judgment Creditors and Lewis agree that the deadline for Lewis to respond to the renewed motion should be extended until September 21, 2015.

6. Judgment Creditors and Lewis further agree that the deadline for Judgment Creditors to file a reply in support of the renewed motion should be October 12, 2015.

| DATED: September __, 2015 | DATED: September __, 2015 |
|---|---|
| /s/ Abran E. Vigil | /s/ Leland E. Backus |
| Abran E. Vigil, Esq. | Leland Eugene Backus, Esq. |
| Nevada State Bar No. 7548 | Nevada State Bar No. 0473 |
| Matthew D. Lamb, Esq. | James J. Conway, Esq. |
| Nevada State Bar No. 12991 | Nevada State Bar No. 11789 |
| BALLARD SPAHR LLP | **BACKUS, CARRANZA & BURDEN** |
| 100 N. City Parkway, Suite 1750 | 3050 South Durango Drive |
| Las Vegas, NV 89106 | Las Vegas, NV 89117 |
| | Tele: (702) 872-5555 |

| | |
|---|---|
| Tele: (702) 471-7000 | Fax: (702) 872-5545 |
| Fax: (702) 471-7070 | gbackus@backuslaw.com |
| vigila@ballardspahr.com | jamesconway@backuslaw.com |
| lambm@ballardspahr.com | Attorneys for Rex H. Lewis |
| Attorneys for Iota Plaintiffs | |

## ORDER

IT IS SO ORDERED.

Dated: September 3, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

In accordance with Civ. R. 5 and LR 5, on _Sept. 2_, 2015, I served this document on the parties listed on the attached service list via one or more of the methods of service described below as indicated next to the name of the served individual or entity by a checked box:

**VIA U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

**VIA FACSIMILE:** by transmitting to a facsimile machine maintained by the attorney or the party who has filed a written consent for such manner of service.

**BY PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf. A receipt of copy signed and dated by such an individual confirming delivery of the document will be maintained with the document and is attached.

**BY E-MAIL:** by transmitting a copy of the document in the format to be used for attachments to the electronic-mail address designated by the attorney or the party who has filed a written consent for such manner of service.

**BY CM/ECF SYSTEM:** by transmitting via the United States District Court's CM/ECF System to the following individuals for which such service is designated on the Service List.

## SERVICE LIST

| ATTORNEYS OF RECORD | PARTIES REPRESENTED | METHOD OF SERVICE |
|---|---|---|
| Abran E. Vigil, Esq.<br>Matthew D. Lamb, Esq.<br>BALLARD SPAHR LLP<br>100 N. City Parkway, Suite 1750<br>Las Vegas, NV 89106 | Plaintiffs/Counterdefendants | ☒ CM/ECF service<br>☐ Personal service<br>☐ Email service<br>☐ Fax service<br>☐ Mail service |

I declare that under penalty of perjury under the laws of the State of Nevada that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Cathy Longman*

An employee of BACKUS, CARRANZA & BURDEN