# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**\*\*\***

| | |
|---|---|
| FDIC as Receiver for AMTRUST BANK f/k/a Ohio Savings Bank, *et al.*,<br><br>          Plaintiffs<br><br>vs.<br><br>REX H. LEWIS, *et al.*,<br><br>          Defendants. | 2:10-cv-00439-JCM-VCF<br><br>**<u>ORDER</u>** |

Before the court is Intervenor Five Springs' Motion to Intervene for the Limited Purpose of Restraining Wrongful Foreclosure (#216).

IT IS HEREBY ORDERED that any opposition to Intervenor Five Springs' Motion to Intervene for the Limited Purpose of Restraining Wrongful Foreclosure (#216) must be filed on or before Friday, December 18, 2015.  No reply necessary.

DATED this 14th day of December, 2015.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE