# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

FDIC as Receiver for AMTRUST BANK, *et al.*,

Plaintiffs,

vs.

REX H. LEWIS, *et al.*,

Defendants.

2:10-cv-00439-JCM-VCF

**ORDER**

Before the Court is The Judgment Creditors' motion to amend protective order (ECF No. 232).

IT IS HEREBY ORDERED that a hearing on The Judgment Creditors' motion to amend protective order (ECF No. 232) is scheduled for 2:00 PM, February 23, 2017, in Courtroom 3D.

DATED this 13th day of February, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE