Leland Eugene Backus, Esq.
Nevada State Bar No. 0473
Xiao Wen (Shirley) Jin, Esq.
Nevada State Bar No. 13901
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
T: (702) 872-5555
F: (702) 872-5545
gbackus@backuslaw.com
shirleyjin@backuslaw.com

*Attorneys for Rex H. Lewis*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FDIC as Receiver for AMTRUST BANK, f/k/a Ohio Savings Bank, a federal savings bank, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>REX H. LEWIS, an individual, et al.,<br><br>Defendant. | Case No.: 2:10-cv-00439-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE JUDGMENT CREDITORS' RENEWED MOTION TO APPOINT RECEIVER IN AID OF EXECUTION (DKT. NO. 265)** |

Pursuant to the Local Rules of Practice for the United States District Court for the District of Nevada ("LR") 6-2 and 7-1, Plaintiffs Iota Violet, LLC, Iota Coral, LLC, Iota Cinnamon, LLC, Iota Red, LLC, and Iota Royal, LLC ("Plaintiffs") and Defendant Rex H. Lewis ("Rex") stipulate as follows:

1. On July 11, 2017, Plaintiffs filed their Renewed Motion to Appoint Receiver in Aid of Execution (Dkt. No. 265) (the "Renewed Motion").
2. On July 13, 2017, Plaintiffs filed their exhibits to the Renewed Motion. *See* Declaration of Maria A. Gall and Index of Exhibits in Connection with the Judgment Creditors'

1

Renewed Motion to Appoint Receiver in Aid of Execution (Dkt. No. 266) and attached exhibits (Dkt. No. 266-1).

3. No hearing is presently scheduled for the Renewed Motion.

4. Pursuant to LR 7-2(b) and Fed. R. Civ. P. 6, Rex's Response to the Renewed Motion is due on July 25, 2017.

5. As Plaintiffs filed their exhibits two days after they filed the Renewed Motion, Plaintiffs and Rex agree that the deadline for Rex to respond to the Renewed Motion be extended to July 27, 2017.

IT IS SO STIPULATED.

DATED: July 24, 2017.

**BACKUS, CARRANZA & BURDEN**

/s/ Leland Eugene Backus
Leland Eugene Backus, Esq.
Xiao Wen Jin, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
Attorneys for Defendant
*Rex H. Lewis*

DATED: July 24, 2017.

**BALLARD SPAHR LLP**

/s/ Maria A. Gall
Abran E. Vigil, Esq.
Maria A. Gall, Esq.
100 North City Parkway, Suite 1750
Las Vegas, NV 89106
Attorneys for Plaintiffs
*Iota Violet, LLC, Iota Coral, LLC, Iota Cinnamon, LLC, Iota Red, LLC, and Iota Royal, LLC*

**ORDER**

IT IS SO ORDERED.

Dated: July 25, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2017, I electronically filed with the Clerk of Court the foregoing STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE JUDGMENT CREDITORS' RENEWED MOTION TO APPOINT RECEIVER IN AID OF EXECUTION (DKT. NO. 265) by using the CM/ECF System, which will send notice of such electronic filings to all CM/ECF parties of interest.

/s/ Patti Sherretts
An Employee of Backus, Carranza & Burden