Abran E. Vigil, Esq.
Nevada Bar No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Joseph P. Sakai, Esq.
Nevada Bar No. 13578
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
gallm@ballardspahr.com
sakaij@ballardspahr.com

*Attorneys for Iota Violet, LLC; Iota Coral, LLC; Iota Cinnamon, LLC; Iota Red, LLC; and Iota Royal, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FDIC as Receiver for AMTRUST BANK, f/k/a Ohio Savings Bank, a federal savings bank; IOTA VIOLET, LLC, an Arizona limited liability company; IOTA CORAL, LLC, an Arizona limited liability company; RECOVEREDGE, LP, a Delaware limited partnership; IOTA CINNAMON, LLC, a Nevada limited liability company; IOTA RED, LLC, a Nevada limited liability company; and IOTA ROYAL, LLC, a Nevada limited liability company;<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>REX H. LEWIS, an individual, CORRALES PETERS LLC, an Arizona limited liability company; BARTLETT SUNRISE, LLC, an Arizona limited liability company; COTTONGIN, LLC, a Nevada limited liability company; MIDWAY CORNMAN, LLC, an Arizona limited liability company; PEBBLE CIMARRON LLC, a Nevada limited liability company; MESA VERDE, INC., a Nevada limited liability company; JONAH LLC, a Nevada limited liability company; REGENA TEEPEE, LLC, a Nevada limited liability company; HH INV, LLC, a Nevada limited liability | Case No. 2:10-cv-00439-JCM-VCF<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE ON MOTION TO INTERVENE<br><br>(FIRST REQUEST) |

| | |
|---|---|
| 1 | company; OMEGA VISTA, LLC, a Nevada limited liability company; |
| 2 | ALPHA VISTA, LLC, a Nevada limited liability company; and DOE |
| 3 | DEFENDANTS I through X, inclusive; |
| 4 | Defendants/Counter-Claimants. |

Pursuant to LR 6-1, 6-2, and 7-1, Judgment Creditors Iota Violet, LLC, Iota Coral, LLC, Iota Cinnamon, LLC, Iota Red, LLC, and Iota Royal, LLC (collectively, the "IOTA Entities"), Judgment Debtor Rex H. Lewis ("Lewis"), and non-parties All Safe, LLC, AIDS Research, LLC, Begona, LLC, Five Springs, LLC, and WBS, LLC (collectively, the "Woman US Entities") stipulate as follows:

1. On July 27, 2017, the Woman US Entities filed a Motion to Intervene (Dkt. No. 270).

2. The current deadline for the IOTA Entities and Lewis to respond to the Motion to Intervene is August 10, 2017.

3. The current deadline for the Woman US Entities to file a Reply in Support of the Motion to Intervene is seven (7) days after the service of a Response.

4. To accommodate conflicts in counsels' schedules and to allow the parties sufficient time to fully brief the issues raised by the Motion to Intervene, the IOTA Entities, Lewis, and the Woman US Entities agree that the deadline for the IOTA Entities and Lewis to file a Response should be extended to August 17, 2017.

*(remainder of page intentionally left blank)*

DMWEST #11312378 v2

5. The IOTA Entities, Lewis, and the Woman US Entities further agree that the deadline for the Woman US Entities to file a Reply should be extended to August 28, 2017.

6. The IOTA Entities, Lewis, and the Woman US Entities seek these brief extensions of time in good faith and not for any purpose of delay.

Dated: August 7, 2017

| BALLARD SPAHR LLP | SCHWARTZ FLANSBURG PLLC |
|---|---|
| /s/ Joseph Sakai | /s/ Frank Flansburg |
| Abran E. Vigil, Esq.<br>Nevada Bar No. 7548<br>Maria A. Gall, Esq.<br>Nevada Bar No. 14200<br>Joseph P. Sakai, Esq.<br>Nevada Bar No. 13578<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 | Frank M. Flansburg III, Esq.<br>Nevada Bar No. 6974<br>Brian Blankenship<br>Nevada Bar No. 11522<br>6623 Las Vegas Blvd. South, Suite 300<br>Las Vegas, Nevada 89119<br><br>*Attorneys for the Woman US Entities* |
| *Attorneys for Iota Violet, LLC; Iota Coral, LLC; Iota Cinnamon, LLC; Iota Red, LLC; and Iota Royal, LLC* | |

BACKUS, CARRANZA & BURDEN

By: /s/ Leland Backus
Leland Eugene Backus, Esq.
Nevada Bar No. 0473
3050 South Durango Drive
Las Vegas, Nevada 89117

*Attorney for Rex Lewis*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
Dated:_____
8-8-2017

3

## CERTIFICATE OF SERVICE

I certify that on August 7, 2017, a true copy of the foregoing **Stipulation to Extend Briefing Schedule on Motion to Intervene** was filed via the Court's CM/ECF System and electronically served by the Court on all parties in interest.

                                                /s/ Mary Kay Carlton
                                                An Employee of Ballard Spahr LLP

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

DMWEST #11312378 v2