# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| FDIC as Receiver for AMTRUST BANK, f/k/a Ohio Savings Bank, a federal savings bank; IOTA VIOLET, LLC, an Arizona limited liability company; IOTA CORAL, LLC, an Arizona limited liability company; RECOVEREDGE, LP, a Delaware limited partnership; IOTA CINNAMON, LLC, a Nevada limited liability company; IOTA RED, LLC, a Nevada limited liability company; and IOTA ROYAL, LLC, a Nevada limited liability company; | 2:10-cv-00439-JCM-VCF **ORDER** |

Plaintiffs,

vs.

REX H. LEWIS, an individual, CORRALES PETERS LLC, an Arizona limited liability company; BARTLETT SUNRISE, LLC, an Arizona limited liability company; COTTONGIN, LLC, a Nevada limited liability company; MIDWAY CORNMAN, LLC, an Arizona limited liability company; PEBBLE CIMARRON LLC, a Nevada limited liability company; MESA VERDE, INC., a Nevada limited liability company; JONAH LLC, a Nevada limited liability company; REGENA TEEPEE, LLC, a Nevada limited liability company; HH INV, LLC, a Nevada limited liability,

Defendants.

Before the Court is Iota plaintiffs' renewed motion for an order holding judgment debtor Rex Lewis in contempt (ECF No. 261). Rex Lewis filed a response (ECF No. 264). Iota plaintiffs filed a reply. (ECF No. 267). This motion has been referred to the undersigned magistrate judge.

This is a civil case in which the parties have not consented for the undersigned judge to conduct any and all proceedings upon a special designation to exercise this district court's jurisdiction to finally resolve the matter, pursuant to 28 USC 636(c).

Accordingly, IT IS HEREBY ORDERED that an evidentiary hearing is set for 10:00 AM, September 6, 2017, in Courtroom 3D, for the taking of evidence relevant to a determination of what facts, if any, should be certified to the district judge, pursuant to 28 USC 636(e)(6).

At this hearing, the factual inquiry will be limited to:

1. When, if ever, were documents (to be identified at the hearing with specificity) relating to the Holder Trust in Rex Lewis' possession, custody or control?

2. Documents at issue will include, but not be limited to, the memorandum of settlors, financial statements, tax returns, trustee reports and correspondence related to major transactions.

3. When, if ever, were documents (to be identified at the hearing with specificity) relating to the bank accounts listed in paragraph 4, below, in Rex Lewis' possession, custody or control?

4. JPMorgan Chase account ending in 6008; Wells Fargo account ending in 0-404; Wells Fargo account ending in 7736; and US Bank account ending in 0466(RHL Financial, Inc.).

IT IS FURTHER ORDERED that, on or before August 30, 2017, the parties must prepare a Joint Pre-Hearing Order which lists the following:

1. Stipulated material facts, if any;

2. Facts not admitted, but which will not be contested by evidence during this hearing;

3. Issues of fact to be determined;

4. Issues of law to be determined;

5. A list of stipulated exhibits which may be so marked;

6. Separate lists of each party's exhibits to which limited stipulations have been agreed and the nature of the stipulation;

7. Iolta Parties' exhibits to which Rex Lewis objects and grounds for the objection;

8. Rex Lewis' exhibits to which the Iolta Parties object and grounds for the objection;

9. Witnesses to be called by each party;

10. Estimated total time required for this hearing.

11. Witnesses and documents not listed in this Joint Pre-Hearing Order will not be considered absent exceptional circumstances.

DATED this 14th day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE