# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

FDIC as Receiver for AMTRUST BANK, f/k/a Ohio Savings Bank, a federal savings bank; IOTA VIOLET, LLC, an Arizona limited liability company; IOTA CORAL, LLC, an Arizona limited liability company; RECOVEREDGE, LP, a Delaware limited partnership; IOTA CINNAMON, LLC, a Nevada limited liability company; IOTA RED, LLC, a Nevada limited liability company; and IOTA ROYAL, LLC, a Nevada limited liability company;

　　　　　　　Plaintiffs,

vs.

REX H. LEWIS, an individual, CORRALES PETERS LLC, an Arizona limited liability company; BARTLETT SUNRISE, LLC, an Arizona limited liability company; COTTONGIN, LLC, a Nevada limited liability company; MIDWAY CORNMAN, LLC, an Arizona limited liability company; PEBBLE CIMARRON LLC, a Nevada limited liability company; MESA VERDE, INC., a Nevada limited liability company; JONAH LLC, a Nevada limited liability company; REGENA TEEPEE, LLC, a Nevada limited liability company; HH INV, LLC, a Nevada limited liability,

　　　　　　　Defendants.

2:10-cv-00439-JCM-VCF
**ORDER**

Before the Court are the Judgment Creditors' Renewed Motion to Appoint Receiver in aid of execution (ECF NO. 265) and Motion to Intervene (ECF NO. 270).

Accordingly, IT IS HEREBY ORDERED that a hearing on the Judgment Creditors' Renewed Motion to Appoint Receiver in aid of execution (ECF NO. 265) and Motion to Intervene (ECF NO. 270) is set for 10:00 AM, September 6, 2017, in Courtroom 3D,

DATED this 16th day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE