Abran E. Vigil, Esq.
Nevada Bar No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Joseph P. Sakai, Esq.
Nevada Bar No. 13578
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
gallm@ballardspahr.com
sakaij@ballardspahr.com

*Attorneys for Plaintiffs/Counter-defendants Iota Violet, LLC; Iota Coral, LLC; Iota Cinnamon, LLC; Iota Red, LLC; and Iota Royal, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FDIC as Receiver for AMTRUST BANK, f/k/a Ohio Savings Bank, a federal savings bank; IOTA VIOLET, LLC, an Arizona limited liability company; IOTA CORAL, LLC, an Arizona limited liability company; RECOVEREDGE, LP, a Delaware limited partnership; IOTA CINNAMON, LLC, a Nevada limited liability company; IOTA RED, LLC, a Nevada limited liability company; and IOTA ROYAL, LLC, a Nevada limited liability company; | Case No. 2:10-cv-00439-JCM-VCF **STIPULATION AND ORDER** |
| Plaintiffs/Counter-defendants, | |
| v. | |
| REX H. LEWIS, an individual, CORRALES PETERS LLC, an Arizona limited liability company; BARTLETT SUNRISE, LLC, an Arizona limited liability company; COTTONGIN, LLC, a Nevada limited liability company; MIDWAY CORNMAN, LLC, an Arizona limited liability company; PEBBLE CIMARRON LLC, a Nevada limited liability company; MESA VERDE, INC., a Nevada limited liability company; JONAH LLC, a Nevada limited liability company; REGENA TEEPEE, LLC, a | |

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

Nevada limited liability company; HH INV, LLC, a Nevada limited liability company; OMEGA VISTA, LLC, a Nevada limited liability company; ALPHA VISTA, LLC, a Nevada limited liability company; and DOE DEFENDANTS I through X, inclusive;

Defendants/Counter-claimants.

This Stipulation and Proposed Order relates to the hearings that are scheduled for September 6, 2017 via the Court's Orders, ECF Nos. 275 and 276. The IOTA Plaintiffs, Judgment Debtor Rex Lewis, and non-parties/proposed Intervenors Woman Entities[1] hereby recite and request the following:

1. The IOTA Plaintiffs have filed a Renewed Motion for an Order Holding Judgment Debtor Rex Lewis in Contempt (ECF No. 261), have filed a Renewed Motion to Appoint a Receiver in Aid of Execution (ECF No. 265), and the Woman Entities have filed a Motion to Intervene (ECF No. 270). All are fully briefed.

2. The Court has scheduled arguments on all of these matters, including an evidentiary hearing, to take place on September 6, 2017 at 10 a.m.

3. In addition, the Court has ordered the IOTA Plaintiffs and Rex Lewis to file a Joint Pre-hearing Order no later than August 30, 2017.

4. The Woman Entities and the IOTA Plaintiffs are in the process of scheduling a mediation which is to take place on September 12, and/or 13, and if those dates are not confirmed, no later than September 29, 2017.

5. As such, the parties to this Stipulation hereby request that the Court reschedule all pending hearings scheduled for September 6, 2017 to a date after September 29, 2017, and that the corresponding Joint Pre-hearing Order that comes due on August 30, 2017 also be continued to 7 days before the continued hearing takes place.

---

[1] All parties and proposed intervenors are as defined via the signature blocks below.

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

6.    The parties to this Stipulation have negotiated its terms at arms' length and are seeking the Court's accommodation in good faith, and are not requesting the continuance for purposes of delay or frustration.

**IT IS SO STIPULATED.**

Dated:  August 29, 2017.

BALLARD SPAHR LLP

/s/  Abran Vigil
Abran E. Vigil, Esq.
Nevada Bar No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Joseph P. Sakai, Esq.
Nevada Bar No. 13578
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Plaintiffs Iota Violet, LLC;*
*Iota Coral, LLC; Iota Cinnamon, LLC;*
*Iota Red, LLC; and Iota Royal, LLC*

SCHWARTZ FLANSBURG PLLC

/s/ Frank Flansburg
Frank M. Flansburg III, Esq.
Nevada Bar No. 6974
Brian Blankenship, Esq.
Nevada Bar No. 11522
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119

*Attorneys for proposed intervenors All*
*Safe, LLC, AIDS Research LLC, Begona,*
*LLC, Five Springs, LLC, and WBS, LLC*

BACKUS, CARRANZA & BURDEN

/s/ Leland Backus
Leland Eugene Backus, Esq.
Nevada Bar No. 0473
3050 South Durango Drive
Las Vegas, Nevada 89117

*Attorneys for the Lewis Defendants*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated:  August 30, 2017

IT IS HEREBY ORDERED that the evidentiary hearing on scheduled for September 6, 2017 is rescheduled to 11:00 AM, October 16, 2017, in Courtroom 3D.