**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FDIC as Receiver for AMTRUST BANK, f/k/a Ohio Savings Bank, a federal savings bank, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> REX H. LEWIS, et al., <br><br> Defendant(s). | Case No. 2:10-CV-439 JCM (VCF) <br><br> ORDER |

Presently before the court is the matter of *Amtrust Bank, et al., v. Rex H. Lewis*, case number 2:10-cv-00439-JCM-VCF.

On October 24, 2017, Magistrate Judge Ferenbach issued an order to show cause and certification of facts (ECF No. 286) regarding Iota Violet, LLC; Iota Coral, LLC; Iota Cinnamon, LLC; Iota Red, LLC; and Iota Royal, LLC's (the "Iota entities") renewed motion for an order holding judgment debtor Rex Lewis ("Lewis") in contempt (ECF No. 261).

Pursuant to 28 U.S.C. § 636(e)(6)(B)(iii), once the magistrate judge certifies facts and issues an order to show cause, the district judge "shall thereupon hear the evidence as to the act or conduct complained of and, if it is such as to warrant punishment, punish such person in the same manner and to the same extent as for a contempt committed before a district judge."

Accordingly, Lewis must appear before the Honorable District Judge Mahan to show cause why he should not be adjudged in contempt by reason of the facts certified by Magistrate Judge Ferenbach.

. . .

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the parties shall appear for a hearing on Monday, March 19, 2018, at 11:00 am, in courtroom 6A.

DATED March 12, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**