# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FDIC as Receiver for AMTRUST BANK, f/k/a Ohio Savings Bank, a federal savings bank, *et al.*, <br><br>Plaintiffs, <br><br>vs. <br><br>REX H. LEWIS, an individual, *et al.,* <br><br>Defendants. | 2:10-cv-00439-JCM-VCF <br> **ORDER** |

      Before the Court is Court-Appointed Receiver, James H. Donell's Motion for Order Authorizing Receiver to Employ Counsel (ECF No. 310).

      Under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, no opposition has been filed and the time to file an opposition has passed.

      Accordingly, and for good cause shown,

      IT IS HEREBY ORDERED that Court-Appointed Receiver, James H. Donell's Motion for Order Authorizing Receiver to Employ Counsel (ECF No. 310) is GRANTED.

      The Court APPROVES the Receiver's engagement and compensation of Allen Matkins as his general receivership counsel, in accordance with the terms presented in the Motion and the documents submitted in support thereof; and,

1  The Court APPROVES the Receiver's engagement and compensation of Blut Law, as his local
2 receivership counsel, in accordance with the terms presented in the Motion and the documents submitted
3 in support thereof.

4  IT IS SO ORDERED.

5  DATED this 9th day of April, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE