UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FDIC as Receiver for AMTRUST BANK, f/k/a Ohio Savings Bank, a federal savings bank; et al.,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>REX H. LEWIS, an individual; et al.,<br><br>Defendants/Counter-Claimants,. | Case No. 2:10-cv-00439-JCM-VCF<br><br>ORDER ON INITIAL REPORT AND PETITION FOR FURTHER INSTRUCTIONS OF RECEIVER, JAMES H. DONELL |

This Court has reviewed the Initial Report and Petition for Further Instructions (the "Initial Report") of James H. Donell (the "Receiver"), the Court-appointed receiver for Corrales Peters, LLC; Alpha Vista, LLC; Omega Vista, LLC; Pebble Cimmaron, LLC; Mesa Verde, LLC[1]; HH INV, LLC; Bartlett Sunrise, LLC; Cottongin, LLC; Midway Cornman, LLC; and Regena Teepee, LLC (collectively, the "Receivership Entities").

Having considered the Initial Report, and the Receiver's conclusions and recommendations as presented therein, the Court ORDERS as follows:

1. The Receiver's Initial Report is accepted;

---

[1] The Receiver has informed the Court that he believes the correct name of this receivership entity is Mesa Verde, Inc. The Receiver has further advised the Court that he understands the parties are in discussion regarding the clarification of this issue.

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

2. The Receiver's conclusions and recommendations as presented in the Initial Report are acknowledged and accepted;

3. The receivership established in the above-entitled action is hereby extended for a period of ninety (90) days, until July 11, 2018, and the Receiver is directed to continue to administer the Receivership Entities and their estate in accordance with this Court's Order Appointing Receiver and the Receiver's recommendations as presented in the Initial Report;

4. The Receiver and the IOTA Creditors, as the term "IOTA Creditors" is defined in the Initial Report, shall coordinate sufficient funding for the extended receivership period in a manner consistent with this Court's Order Appointing Receiver. In the event that the Receiver is unable to obtain funding he deems sufficient for the extended receivership period, the Receiver shall promptly inform the Court by supplemental report; and

5. On or before July 11, 2018, the Receiver shall file a second report with this Court, summarizing his efforts and presenting any additional recommendations regarding the pendency and administration of the receivership and the Receivership Entities.

IT IS SO ORDERED.

Dated: April 17, 2018

_____
Hon. James C. Mahan
Judge, United States District Court

# **CERTIFICATE OF SERVICE**

The undersigned, an employee of BLUT LAW GROUP, PC, hereby certifies that on **April 12, 2018**, a true and correct copy of the foregoing document entitled, **[PROPOSED] ORDER ON INITIAL REPORT AND PETITION FOR FURTHER INSTRUCTIONS OF RECEIVER, JAMES H. DONELL**, was electronically served via the Court's electronic service system on the following:

> Leland E. Backus - gbackus@backuslaw.com,psherretts@backuslaw.com,efile@backuslaw.com
>
> Peter C. Bernhard - pbernhard@kcnvlaw.com,mdiegel@kcnvlaw.com
>
> James J. Conway jconway@backuslaw.com,tsmith@backuslaw.com,psherretts@backsulaw.com
>
> Frank M Flansburg , III frank@nvfirm.com,ecf@schwartzlawyers.com,brian@nvfirm.com,michelle@nvfirm.com,april@nvfirm.com,andrew@nvfirm.com,schwartzecf@gmail.com,troy@nvfirm.com
>
> Conor P. Flynn - cflynn@armstrongteasdale.com,sdarling@armstrongteasdale.com
>
> Maria A. Gall gallm@ballardspahr.com,lvdocket@ballardspahr.com,carltonm@ballardspahr.com
>
> Xiao Wen Jin - ShirleyJin@backuslaw.com
>
> Matthew David Lamb lambm@ballardspahr.com,lvdocket@ballardspahr.com,waltons@ballardspahr.com
>
> Tamara Beatty Peterson - tpeterson@petersonbaker.com,eparcells@petersonbaker.com
>
> Benjamin K. Reitz - breitz@petersonbaker.com,eparcells@petersonbaker.com
>
> Joseph Sakai - sakaij@ballardspahr.com,lvdocket@ballardspahr.com,carltonm@ballardspahr.com,costellomc@ballardspahr.com
>
> Kevin R Stolworthy - kstolworthy@armstrongteasdale.com,sdarling@armstrongteasdale.com
>
> Abran E. Vigil vigila@ballardspahr.com,carltonm@ballardspahr.com,LVDocket@ballardspahr.com
>
> Joshua Andrew del Castillo jdelcastillo@allenmatkins.com,mdiaz@allenmatkins.com

   */s/ Linda Dinerstein*
An Employee of BLUT LAW GROUP, PC

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

Case No. 2:10-cv-00439-JCM-VCF
ORDER ON INITIAL REPORT AND
PETITION FOR INSTRUCTIONS
1116337.01/LA