**Ballard Spahr LLP**
Abran E. Vigil, Esq.
Nevada Bar No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Joseph P. Sakai, Esq.
Nevada Bar No. 13578
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
gallm@ballardspahr.com
sakaij@ballardspahr.com
Attorneys for the Judgment Creditors
Iota Violet, LLC, Iota Coral, LLC,
Iota Cinnamon, LLC, Iota Rd, LLC,
and Iota Royal, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FDIC as Receiver for AMTRUST BANK, f/k/a Ohio Savings Bank, a federal savings bank; IOTA VIOLET, LLC, an Arizona limited liability company; IOTA CORAL, LLC, an Arizona limited liability company; RECOVEREDGE, LP, a Delaware limited partnership; IOTA CINNAMON, LLC, a Nevada limited liability company; IOTA RED, LLC, a Nevada limited liability company; and IOTA ROYAL, LLC, a Nevada limited liability company, <br><br>       Plaintiffs/Counter-defendants, <br><br> vs. <br><br> REX H. LEWIS, an individual, CORRALES PETERS LLC, an Arizona limited liability company; BARTLETT SUNRISE, LLC, an Arizona limited liability company; COTTONGIN, LLC, a Nevada limited liability company; MIDWAY CORNMAN, LLC, an Arizona limited liability company; PEBBLE CIMARRON LLC, a Nevada limited liability company; MESA VERDE, INC., a Nevada limited liability company; JONAH LLC, a Nevada limited liability company; REGENA TEEPEE, LLC, a Nevada limited liability company; HH INV, LLC, a Nevada limited liability company; OMEGA VISTA, LLC, a Nevada limited liability company; ALPHA VISTA, LLC, a Nevada limited | Case No.:    2:10-cv-00439-JCM-VCF <br><br> **SATISFACTION OF JUDGMENT** |

1  liability company; and DOE DEFENDANTS I through X, inclusive,

2

3  Defendants/Counter-claimants.

## SATISFACTION OF JUDGMENT

WHEREAS, on August 3, 2009, Plaintiffs Iota Violet, LLC, Iota Coral, LLC, Iota Jade, Iota Cinnamon, LLC, and Iota Red, LLC, filed an action in the Eighth Judicial District Court of Nevada in Case No. A-09-596554-C, which was amended on September 17, 2009, to include Iota Royal, LLC against Rex H. Lewis, Corrales Peters LLC, Bartlett Sunrise, LLC, Cottongin, LLC, Midway Cornman, LLC, Pebble Cimarron LLC, Mesa Verde, Inc., Jonah LLC, Regena Teepee, LLC, HH Inv, LLC, Omega Vista, LLC, and Alpha Vista, LLC.

WHEREAS, the case was removed to the United States District Court for the District of Nevada on March 29, 2010, under this caption of <u>Amtrust Bank, et al. v. Rex H. Lewis, et al.</u>, Case No. 2:10-CV-00439-JCM-VCF.

WHEREAS, this Court entered judgment in favor of Iota Violet, LLC, Iota Coral, LLC, Iota Cinnamon, LLC, Iota Red, LLC, and Iota Royal, LLC on April 17, 2014, which judgment was amended on April 25, 2014, for the amount of $58,819,969.20 plus post-judgment interest accruing thereon at the statutory rate until satisfied against Rex H. Lewis, Corrales Peters LLC, Bartlett Sunrise, LLC, Cottongin, LLC, Midway Cornman, LLC, Pebble Cimarron LLC, Mesa Verde, Inc., Regena Teepee, LLC, HH Inv, LLC, Omega Vista, LLC, and Alpha Vista, LLC (the "Judgment").

///
///
///
///
///
///
///
///

4813-9831-6131, v. 1

WHEREAS, pursuant to FRCP 69 and NRS 17.200, full and complete satisfaction of the Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction of the docket of the Judgment, discharging and extinguishing all claims, vacating all pending actions and orders, and ending the controversy of this proceeding in its entirety.

Dated this 16 day of May, 2018.

BALLARD SPAHR LLC

By _____
Abran E. Vigil, Esq.
Nevada Bar No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Joseph P. Sakai, Esq.
Nevada Bar No. 13578
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
gallm@ballardspahr.com
sakaij@ballardspahr.com
Attorneys for the Judgment Creditors
Iota Violet, LLC, Iota Coral, LLC,
Iota Cinnamon, LLC, Iota Rd, LLC,
and Iota Royal, LLC

4813-9831-6131, v. 1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of May, 2018, I served a copy of the foregoing **SATISFACTION OF JUDGMENT** upon each of the parties via electronic service through the United States District Court for the District of Nevada's ECF system.

*Mary Kay Carlton*
An employee of Ballard Spahr LLC

4813-9831-6131, v. 1