**BACKUS, CARRANZA & BURDEN**
Leland Eugene Backus, Esq.
Nevada Bar No. 00473
Xiao Wen (Shirley) Jin, Esq.
Nevada Bar No. 13901
3050 South Durango Drive
Las Vegas, Nevada 89117
Telephone: (702) 872-5555
Facsimile: (702) 872-5545
gbackus@backuslaw.com
shirleyjin@backus.com
Attorneys for Rex H. Lewis

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FDIC as Receiver for AMTRUST BANK, f/k/a Ohio Savings Bank, a federal savings bank; IOTA VIOLET, LLC, an Arizona limited liability company; IOTA CORAL, LLC, an Arizona limited liability company; RECOVEREDGE, LP, a Delaware limited partnership; IOTA CINNAMON, LLC, a Nevada limited liability company; IOTA RED, LLC, a Nevada limited liability company; and IOTA ROYAL, LLC, a Nevada limited liability company,<br><br>Plaintiffs/Counter-defendants,<br><br>vs.<br><br>REX H. LEWIS, an individual, CORRALES PETERS LLC, an Arizona limited liability company; BARTLETT SUNRISE, LLC, an Arizona limited liability company; COTTONGIN, LLC, a Nevada limited liability company; MIDWAY CORNMAN, LLC, an Arizona limited liability company; PEBBLE CIMARRON LLC, a Nevada limited liability company; MESA VERDE, INC., a Nevada limited liability company; JONAH LLC, a Nevada limited liability company; REGENA TEEPEE, LLC, a Nevada limited liability company; HH INV, LLC, a Nevada limited liability company; OMEGA VISTA, LLC, a Nevada limited liability company; ALPHA VISTA, LLC, a Nevada limited liability company; and DOE DEFENDANTS I through X, inclusive,<br><br>Defendants/Counter-claimants. | Case No.: 2:10-cv-00439-JCM-VCF<br><br>**STIPULATION AND ORDER** |

## STIPULATION AND ORDER

Defendant Rex H. Lewis ("Lewis"), by and through the law firm of Backus, Carranza & Burden, and Plaintiffs Iota Violet, LLC, Iota Red, LLC, Iota Royal, LLC, Iota Cinnamon, LLC, and Iota Pumpkin, LLC (collectively "Plaintiffs",) by and through the law firm of Ballard Spahr LLP (Lewis and Plaintiffs collectively the "Parties") hereby stipulate and agree as follows:

1. Plaintiffs have filed a Satisfaction of Judgment and the Parties have resolved their dispute in its entirety;

2. The Parties make this Stipulation pursuant to the Federal Rules of Civil Procedure 66, 69 and 70;

3. The Court's appointment of Receiver James H. Donnell pursuant to the February 13, 2018 Order (Dkt. No. 303) over the judgment debtor entities should be terminated;

4. Any remaining claims, actions, and orders may be vacated and dismissed in their entirety, including but not limited to the July 3, 2014, Order (Dkt. No. 65), July 29, 2015 Order (Dkt. No. 174), and March 23, 2018, Order (Dkt. No. 316);

5. All pending hearing dates and deadlines with this Court should be vacated; and

6. Each party shall bear its own attorney fees and costs.

IT IS SO STIPULATED.

Dated this 4 day of May, 2018

**BACKUS, CARRANZA & BURDEN**

By: /s/
Leland Eugene Backus, Esq.
Xiao Wen (Shirley) Jin, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
Attorney for Rex H. Lewis

Dated this 16 day of May, 2018

**BALLARD SPAHR LLP**

By: /s/
Abram E. Vigil, Esq.
Maria A. Gall, Esq.
Joseph P. Sakai, Esq.
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Attorneys for the Judgment Creditors
Iota Violet, LLC, Iota Coral, LLC,
Iota Cinnamon, LLC, Iota Rd, LLC,
and Iota Royal, LLC

///

## ORDER

Based upon the foregoing, it is hereby ordered as follows:

1. The Appointment of Receiver of James H. Donnell, pursuant to the February 13, 2018, Order (Dkt. No. 303) is hereby terminated;

2. All pending claims, actions and orders remaining in this case are hereby and dismissed and vacated, including but not limited to the July 3, 2014, Order (Dkt. No. 65), July 29, 2015 Order (Dkt. No. 174), and March 23, 2018, Order (Dkt. No. 316); and

3. Each party shall bear its own fees and costs.

Dated May 22, 2018.

*James C. Mahan*
UNITED STATES DISTRICT JUDGE

Submitted By:

BACKUS CARRANZA & BURDEN

By: _____
Leland Eugene Backus, Esq.
Nevada Bar No. 00473
Xiao Wen (Shirley) Jin, Esq.
Nevada Bar No. 13901
3050 South Durango Drive
Las Vegas, Nevada 89117
Attorneys for Rex H. Lewis